ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Interlogix, Inc. f/k/a
ITI Technologies, Inc.,

Plaintiff,

v.

Honeywell, Inc., Honeywell International, Inc., Pittway Corporation, System Sensor, Ademco Group and ADI,

Defendants.

Civil No. 01-115 (DSD/JMM)

**JOINT STIPULATION AND ORDER**

The scheduling order in the above-captioned matter provides that the initial discovery disclosures under Fed. R. Civ. P. be made on March 17, 2001. Additionally, in their joint report under Rule 26(f), the parties indicated an intent to conduct early settlement negotiations in March. The parties have agreed that these dates should be extended because of the assertion of counterclaims by each party, so that all claims will have been asserted and commenced at the time that Rule 26(a)(1) disclosures are made and initial settlement

APR 02 2001

discussions are conducted. This joint stipulation does not seek to change any discovery cutoff date. Therefore, the counsel identified below stipulate and agree to the attached Order.

Dated: March 19, 2001

WINTHROP & WEINSTINE, P.A.

Brooks F. Poley, #185139
Darrell E. Graham, #290890
3000 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, Minnesota 55402
(612) 347-0700

Attorneys for Plaintiff

Dated: March ___, 2001

FAEGRE & BENSON LLP

John D. French, # 31914
Elizabeth H. Schmiesing, #229258
Jonathan T. Haines, # 303379
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 336-3000

Attorneys for Defendants

**ORDER**

1. All pre-discovery disclosures required by Rule 26(a)(1) shall now be completed by May 1, 2001, to allow time for all counterclaims to be asserted and answered.

2. The parties shall engage in initial settlement discussions in May and/or June, 2001, or after all counterclaims have been asserted and answered.

3. [illegible]

Dated: ~~March~~ April 2, 2001

JOHN M. MASON
United States Magistrate Judge

M1:731241.01