**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Interlogix, Inc.,
f/k/a ITI Technologies, Inc.,

Plaintiff,

vs.

Honeywell Inc., Honeywell International Inc., Pittway Corporation, System Sensor, Ademco Group, and ADI,

Defendants.

Civil File No. 01-115 (DSD/JMM)

**ORDER**

Based upon the foregoing joint motion and memorandum, and good cause being shown, THIS COURT ORDERS:

1. That the Joint Motion to Modify the Pretrial Scheduling Order is GRANTED;

2. That the Pretrial Scheduling Order in this action dated February 27, 2001, is amended as follows:

April 1, 2002 - All non-expert discovery shall be commenced in time to be completed by this date.

Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

May 1, 2002 - By Plaintiff
June 15, 2002 - By Defendants

August 1, 2002 - All discovery of any kind shall be commenced in time to be completed by this date.

FILED JAN 23 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

August 5, 2002 - All non-dispositive motions and supporting documents including those which relate to discovery, shall be served and filed.

3. That all other dates in the Pretrial Scheduling Order are to remain the same.

Date: January 23, 2002

BY THE COURT:

Hon. John M. Mason
United States Magistrate Judge

M1:837329.01