263201

(Revised 10/01) Admission Pro Hac Vice

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: Civil No. 01-115 (DSD/JMM) Case Title: Interlogix, Inc. v. Honeywell, International, Inc., Pittway Corporation, System Sensor, Ademco Group and ADI

### Affidavit of Movant

I, Elizabeth H. Schmiesing, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac Bryan S. Hales, an attorney admitted to practice in the Northern District of Illinois, but not admitted to the bar of this court, who will be counsel for ☐ plaintiff ☒ defendant Honeywell et al. in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

[signature] Signature | 229258 MN Attorney License # | 10/31/02 Date

### Affidavit of Proposed Admittee

I, Bryan S. Hales, am currently a member in good standing of the U.S. District court for Northern District of Illinois, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Bryan S. Hales Type/Print Name | [signature] Signature | October 30, 2002 Date

Attorney License Number: 6243060
Law Firm Name & Address: Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601
Telephone: (312) 861-2119

Motion Granted: [signature]
For the Court: Richard D. Sletten, Clerk

NOV 05 2002
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.