**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Interlogix, Inc., f/k/a/**
**ITI Technologies, Inc.,**

**Plaintiff,**

v.

**Honeywell, Inc., Honeywell International, Inc., Pittway Corporation, System Sensor, Ademco Group, and ADI**

**Defendants.**

**Civil No. 01-115 (DSD/SRN)**

**ORDER**

---

Brooks F. Poley, Esq. and Philip R. Mahowald, Esq., on behalf of Plaintiff.

Jonathan W. Dettmann, Esq. and Elizabeth H. Schmiesing, Esq., on behalf of Defendant.

---

SUSAN RICHARD NELSON, United States Magistrate Judge

The above-entitled matter came before the undersigned United States Magistrate Judge on November 13, 2002, on Plaintiff's Motion to Strike Defendants' Motion for Summary Judgment (Doc. No. 48) and Defendants' Motion to Compel the Deposition of John Bergman (Doc. No. 24).

The Court denies Plaintiff's Motion to Strike Defendants' Motion for Summary Judgment.

The Court grants Defendants' Motion to Compel the Deposition of John Bergman. The parties are instructed to have the deposition taken as quickly as Mr. Bergman's schedule permits. In addition, Defendants will reimburse Mr. Bergman for any travel expenses he incurs in connection with this deposition.

NOV 14 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**THEREFORE, IT IS HEREBY ORDERED that:**

(1) Plaintiff's Motion to Strike Defendants' Motion for Summary Judgment (Doc. No. 48) is **DENIED**;

(2) Defendants' Motion to Compel the Deposition of John Bergman (Doc. No. 24) is **GRANTED**.

Dated: November 13, 2002

SUSAN RICHARD NELSON
United States Magistrate Judge