UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**Interlogix, Inc.,**

**Plaintiffs,**

**v.**

**Honeywell, Inc., et al.,**

**Defendants.**

**Civil No. 01-115 DSD/SRN**

**ORDER**

---

The settlement conference scheduled for June 12, 2003, at 9:30 a.m., has been rescheduled to June 27, 2003, at 9:30 a.m., in Suite 242, Federal Building, 316 North Robert Street, St. Paul, Minnesota, before Magistrate Judge Susan Richard Nelson.

The following motions will be heard before Magistrate Judge Nelson on July 7, 2003, at 9:30 a.m.:

> Defendants' Motion to Strike Plaintiff's Third "Supplemental" Responses to Defendants' Second Set of Interrogatories [Doc. 79];
>
> Defendants' Motion for a Separate Trial on Strategic Supplier Agreement Claim (Count 9) [Doc. 94];
>
> Plaintiff's Motion to Require Supplementation of Discovery Responses [Doc. 85]; and
>
> Plaintiff's Motion to Strike Defendants' Cross-Motion for Summary Judgment of Patent Invalidity and Opposition to Plaintiff's Motion for Summary Judgment of Patent Infringement [Doc. 89].

DATED: June 10, 2003

SUSAN RICHARD NELSON
United States Magistrate Judge

JUN 10 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______