**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Interlogix, Inc.,
f/k/a ITI Technologies, Inc.,

Plaintiff,

vs.

Honeywell Inc., Honeywell International Inc., Pittway Corporation, System Sensor, Ademco Group, and ADI,

Defendants.

Civil File No. 01-115 (DSD/SRN)

**STIPULATION AND ORDER**

WHEREAS, Plaintiff Interlogix, Inc. ("Interlogix") and Defendants Honeywell Inc., Honeywell International Inc., Pittway Corporation, System Sensor, Ademco Group and ADI (collectively, the "Defendants"), have agreed to settle this action;

NOW, THEREFORE, the parties, by and through their respective attorneys, do hereby stipulate as follows:

1. The above-captioned matter is hereby dismissed with prejudice.

2. As between the Plaintiff and the Defendants, each party shall bear its own costs and expenses, including attorney's fees.

IT IS SO STIPULATED.

Date: January 5, 2004

WINTHROP & WEINSTINE, P.A.

By: [signature]
Brooks F. Poley (#185139)

Suite 3500
225 South Sixth Street
Minneapolis, MN 55402-4629
Telephone: (612) 604-6400

**Attorneys for Plaintiff Interlogix, Inc.**

FILED JAN 9 2004
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD JAN 9 2004
DEPUTY CLERK

FAEGRE & BENSON LLP

By: ______________________________
John D. French (#31914)
Elizabeth H. Schmiesing (#229258)
Jonathan W. Dettmann (#265032)

2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901

**Attorneys for Defendants Honeywell Inc., Honeywell International Inc., Pittway Corporation, System Sensor, Ademco Group, and ADI.**

SO ORDERED:

______________________________ 1/7/04
Hon. David S. Doty,
United States District Judge

2085797v1

LET JUDGMENT BE ENTERED ACCORDINGLY.