AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## District of Minnesota

Interlogix, Inc., f/k/a ITI Technologies, Inc.

V.

Honeywell Inc., Honeywell International Inc., Pittway Corporation, System Sensor, Ademco Group, and ADI

## JUDGMENT IN A CIVIL CASE

Case Number: 01-115 DSD/SRN

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
that the above-captioned matter is hereby dismissed with prejudice. As between the plaintiff and the defendant, each party shall bear its own costs and expenses, including attorney's fees.

January 8, 2004
Date

RICHARD D. SLETTEN, CLERK

(By) Heather Labat, Deputy Clerk